**LOYD C. TATE**
**ATTORNEY AT LAW**
1921 S. ALMA SCHOOL ROAD
STE. 112
MESA, ARIZONA 85210
Bar No. 014276
(480) 345-1400
loydtatelaw@gmail.com

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 22-8092-09-PCT-SMB |
| Plaintiff, | **DEFENDANT'S SENTENCING MEMORANDUM** |
| v. | |
| Leia Jo Bistline, | |
| Defendant. | |

The Defendant Leia Jo Bistline, by and through undersigned counsel, requests the Court to sentence the Defendant to time served (Defendant has served 15 months imprisonment). The defendant incorporates the Psychosocial Evaluation of Dr. Marti Loring, LCSW, PhD by reference.

**Pertinent Facts**

The Defendant adopts the factual basis in the Presentence Investigation Report (PSR), PSR ¶¶ 10-79

**Procedural History**

On January 24, 2024, a 59-count third superseding indictment was filed in the U.S. District Court District of Arizona, Prescott, which charged the defendant in Counts 25,26 with Using a means of interstate commerce to persuade or coerce a minor to engage in sexual activity, aid and abet. On January 26, 2024, the defendant pled guilty to an Information. The plea agreement stipulates the defendant's sentence will not exceed 60 months.

**Argument**

The defendant is a 30 year old mother of a two year old daughter. The defendant has been incarcerated for a little over 15 months. Leia Jo Bistline has truly suffered through this ordeal. She was reared in a religion which practices rituals that are contrary to the laws of the United States. She acknowledges that her actions have caused harm to her younger "sister wives" or sisters, however, she intended no harm. When she was ordered to bring others to defendant Bateman, she was not bringing them to him for her own sexual gratification but to fulfill Bateman's deviant sexual desires. She believed she was fulfilling the laws and ordinances of her God.

The defendant now knows unequivocally that if she practices these tenants of her religion she will be returned to incarceration.

The defendant's actions are the result of being taught the government and law enforcement were opposed to their way of life. The defendant reacted out of ignorance

and fear. Sentencing the defendant to a time served sentence would fulfill the sentencing purposes set forth in 18 U.S.C § 3553(a). The defendant has been sufficiently punished for her crime. She longs to be home with her daughter and family and does not seek to violate the law again. This experience has given her sufficient deterrence and sends a message to others and promotes respect for the law. The defendant does not have any criminal history and is not a threat to the community.

Respectfully submitted this July 25, 2024

By: s/Loyd C. Tate
Loyd C. Tate
Attorney for Defendant

I hereby certify on July 25, 2024, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable Susan M. Brnovich
United States District Court

Dimitra Sampson
Assistant U.S. Attorney

Jillian Besancon
Assistant U.S. Attorney

Ryan Powell
Assistant U.S. Attorney